UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **EDCV 15-1665-MWF(SPx)**                                     Dated: **March 27, 2017**

Title:   Alexander Cooper, Jr. -v- City of Hesperia, et al.

PRESENT:   HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

|  Cheryl Wynn               |  None Present     |
|  Relief Courtroom Deputy   |  Court Reporter   |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                                     None Present

PROCEEDINGS (IN CHAMBERS):            COURT ORDER

In light of the Notice of Pending Settlement filed March 24, 2017, the Court sets a hearing on Order To Show Cause Re Dismissal for **May 1, 2017 at 11:30 a.m.**  If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed.  *All other dates are hereby vacated.*

**IT IS SO ORDERED.**

MINUTES FORM 90                                          Initials of Deputy Clerk   cw
CIVIL - GEN