JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALEXANDER COOPER, JR. | ) | No. ED CV 15-01665 MWF (SPx) |
| Plaintiff, | ) ) ) | **ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE;** |
| vs. | ) ) | |
| CITY OF HESPERIA, JOANN CHAVIS, LEWIS CHAVIS, CHRISTOPHER CHAVIS, and DOES 1 through 8, Inclusive, | ) ) ) ) | |
| Defendants. | ) ) | |

///

Upon consideration of the joint stipulation of Plaintiff Alexander Cooper, Jr. and Defendant City of Hesperia to dismiss this entire action, with prejudice, and with GOOD CAUSE SHOWING:

**IT IS HEREBY ORDERED:**

1. The Joint Stipulation is GRANTED;
2. The entire action is hereby dismissed with prejudice;
3. Plaintiff Alexander Cooper, Jr. and Defendant City of Hesperia will bear their own attorney fees and costs of suit, with respect to each other, as accrued through the date of this order.

**IT IS SO ORDERED.**

Dated: April 28, 2017      _____

Hon. Michael W. Fitzgerald
United States District Judge